Rel: September 12, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0086

Fred Ballew, as personal representative of the Estate of Kristie Noelle Ballew, deceased v. Foley Emergency Physicians, LLC, and ApolloMD Business Services, L.L.C. (Appeal from Baldwin Circuit Court: CV-21-900048).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.